| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DEMONTROUS WITCHER,  §
  §
    Plaintiff,  §
  §
versus  §  CIVIL ACTION NO. 1:21-CV-120
  §
ARRON THOMPKINS, *et al.*,  §
  §
    Defendants.  §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Demontrous Witcher, proceeding *pro se* and *in forma paupers*, filed this lawsuit against several defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On May 3, 2023, the magistrate judge entered a Report and Recommendation (#46) in which he recommended dismissing Plaintiff's claims against Defendant Michael Cast pursuant to Federal Rule of Civil Procedure 25(a)(1). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] Plaintiff received a copy of the Report and Recommendation no later than June 6, 2023 (#56).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#46) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 13th day of July, 2023.

                                   *Marcia A. Crone*
                                   MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE