| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DEMONTROUS WITCHER, §
　　　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:21-CV-120
　　　　　　　　　　　　　　　　§
ARRON THOMPKINS, *et al.*, §
　　　　　　　　　　　　　　　　§
　　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Demontrous Witcher, proceeding *pro se* and *in forma paupers*, filed this lawsuit against several defendants alleging civil rights violations under 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On October 9, 2023, the magistrate judge entered a Report and Recommendation (#79) in which he recommended denying Plaintiff's second Motion for Default Judgment. To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] Plaintiff received a copy of the Report and Recommendation no later than October 18, 2023 (#82).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#79) is **ADOPTED**.

**Signed this date**

**Dec 22, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE