| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DEMONTROUS WITCHER, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:21-CV-120
§
§
ARRON THOMPKINS, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Demontrous Wittcher, an inmate confined at the Estelle Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The court has received and considered the Report and Recommendation of the magistrate judge filed pursuant to such order, along with the record, and pleadings (#85). Plaintiff filed objections to the Report and Recommendation (#88). This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b).

The magistrate judge recommended denying Plaintiff's motion for summary judgment. Plaintiff objects, continuing to argue that the defendants failed to timely file a motion for summary judgment. As outlined in the report, the record clearly refutes this assertion and the objections are overruled.

**ORDER**

Accordingly, Plaintiff's Objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#85) is **ADOPTED**.

SIGNED at Beaumont, Texas, this 29th day of February, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE